UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

, SUKHROB SOBIROV

                        Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-cr-  ( )
20 MAG 8521

Defendant ____Sukhrob Sobirov____ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~ XXXXXXXXXXXXX: TELECONFERENCING

__X__ Initial Appearance/Appointment of Counsel

__X__ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Felony Plea/Trial/Sentence

_s/Sukhrob Sobirov/OTK_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Sukhrob Sobirov
_____
Print Defendant's Name

_Thomas A. Kenniff_
Defense Counsel's Signature

Thomas A. Kenniff
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

_13 Aug 2020_
Date

_[signature]_
U.S. Magistrate Judge – ONA T. WANG