UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA

                v.

SUKHROB SOBIROV,

               *Defendant*.

------------------------------------------------------X

**Order of Continuance**

**20 Mag. 8521**

      Upon the application of the United States of America and the affirmation of Cecilia E. Vogel, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violation of Title 18, United States Code, Sections 371 and 1344 in a complaint dated August 12, 2020, and the defendant was arrested on August 13, 2020;

      It is further found that on August 13, 2020, the defendant was presented before Magistrate Judge Ona T. Wang and released on bail, and the defendant waived his right to be charged in an indictment or information for 30 days;

      It is further found that the Government has requested a continuance of 30 days in light of ongoing discussions to resolve the case and the ongoing corona virus pandemic and national emergency, and the defendant has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until October 14, 2020.

Dated: New York, New York
       September 14, 2020

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

   UNITED STATES OF AMERICA                 **Affirmation in Support of**
                                                                                  **Application for Order of Continuance**
                v.

                                                                                  **20 Mag. 8521**
   SUKHROB SOBIROV,

                                     *Defendant*.

------------------------------------------------------------X

State of New York                                 )
County of New York                            : ss.:
Southern District of New York           )

      CECILIA E. VOGEL, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1. I am an Assistant United States Attorney in the Office of Audrey Strauss, Acting United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

      2. The defendant was charged in a complaint dated August 12, 2020, with violation of Title 18, United States Code, Sections 371 and 1344. The defendant was arrested on August 13, 2020, and presented before Magistrate Judge Ona T. Wang that same day. The defendants was released on bail, and the defendant waived his right to be charged in an indictment or information for 30 days.

      3. Under the Speedy Trial Act, the Government currently has until September 14, 2020, within which to file an indictment or information.

4. Jason Baxter, Esq., counsel for Sukhrob Sobirov, consented to the Government's request of a 30-day continuance of the September 14, 2020 deadline to file an indictment or information under the Speedy Trial Act in light of the ongoing corona virus pandemic and national emergency and ongoing discussions to resolve the case.

5. Therefore, the Government is requesting, with the consent of defense counsel, a 30-day continuance until October 14, 2020. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Dated: New York, New York
September 9, 2020

_____
CECILIA E. VOGEL
Assistant United States Attorney
Tel. (212) 637-1084