**JASON M. BAXTER**
ATTORNEY AT LAW
267 FIFTH AVENUE, SB100
NEW YORK, NEW YORK 10016
TELEPHONE (212) 889-9811

**By ECF:**

September 7, 2021

United States District Court
Southern District of New York
Honorable Ronnie Abrams
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Re:   *United States v. Sukhrob Sobirov*
      *Criminal Docket No. 20-MJ-8521*

Ronnie Abrams, U.S.D.J.
September 8, 2021

Dear Judge Abrams:

    Please accept this letter as a respectful request to modify the conditions of release for Defendant Sukhrob Sobirov. Based on a conversation with the AUSA and Pretrial Services, the following proposed modifications are not opposed by the Government and Pretrial Services consents to this modification.

    Mr. Sobirov is requesting to modify the conditions of his release is to allow him to travel to Florida for vacation. He plans to travel from September 9-13 and will provide his itinerary to pretrial services and he will continue to fulfill his reporting requirement.

Sincerely,

Jason M. Baxter, Esq.