**JASON M. BAXTER**
ATTORNEY AT LAW
267 FIFTH AVENUE, SB100
NEW YORK, NEW YORK 10016
TELEPHONE (212) 889-9811

**By ECF:**

May 6, 2022

United States District Court
Southern District of New York
Honorable Ronnie Abrams
40 Foley Square
New York, NY 10007

    Re:    *United States v.Sukhrob Sobirov*
                 *Criminal Docket No. 20-MJ-8521*

Dear Judge Abrams:

    Please accept this letter as a respectful request to modify the conditions of release for Defendant Sukhrob Sobirov. I informed the AUSA and Pretrial Services of this request and the following proposed modifications were not opposed by the Government, and Pretrial Services consents to this modification.

    Mr. Sobirov is requesting to modify the conditions of his release is to allow him to travel to New Jersey and Pennsylvania to visit family and to shop. He will continue to notify Pretrial Services about his out of state travels.

Sincerely,

*[signature]*

Jason M. Baxter, Esq.